# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF United States vs. Loving, Kenneth
FOR Southern District of Illinois
AT East St. Louis, Illinois

FILED
NOV 12 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

LOCATION NUMBER

Magistrate

District Court: 13-30249-DRH

Court of Appeals

PERSON REPRESENTED (Show your full name): Kenneth Loving

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
18 U.S.C. Sec. 1341 and 641

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Interstate Construction
IF YES, how much do you earn per month? $3,000
IF NO, give month and year of last employment. How much did you earn per month $_____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $_____
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: $6,000 — DESCRIPTION: 700 N. 32nd St., East St. Louis, IL

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☑ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
Kanetta, child
Kenneth, child
James, 17
Kayla, 15

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Rent | $ | $750 |
| Car payment | $ | $300 |
| Utilities | $ | $1350 |
| Cell | $ | $50 |
| House | $4,900 | $500 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Kenneth Loving

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.